UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

---

WILLIAM PLUME,

                Petitioner,

     v.                                  ORDER
                                        05-CV-152

JAMES CONWAY,

                Respondent.

---

       Petitioner filed the instant petition for writ of habeas corpus on March 8, 2005. The case was referred to Magistrate Judge Hugh B. Scott, pursuant to 28 U.S.C. § 636(b)(1), on November 3, 2005. On May 1, 2006, Magistrate Judge Scott filed a Report and Recommendation, recommending that the petition for writ of habeas corpus be denied.

       Petitioner filed objections to the Report and Recommendation on May 11, 2006.

       Pursuant to 28 U.S.C. § 636(b)(1), this Court must make a *de novo* determination of those portions of the Report and Recommendation to which objections have been made. Upon a *de novo* review of the Report and Recommendation, and after reviewing the petitioner's objections thereto, the Court adopts the proposed findings of the Report and Recommendation.

Accordingly, for the reasons set forth in Magistrate Judge Scott's Report and Recommendation, petitioner's petition for writ of habeas corpus is denied.

The Court finds that petitioner has failed to make a substantial showing of the denial of a constitutional right and therefore denies his motion for a certificate of appealability.  28 U.S.C. § 2253(c)(2).

The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that any appeal from this judgment would not be taken in good faith, and therefore denies leave to appeal *in forma pauperis*.  Further requests to proceed on appeal *in forma pauperis* must be filed with the United States Court of Appeals for the Second Circuit in accordance with the requirements of Rule 24 of the Federal Rules of Appellate Procedure.

The Clerk of the Court is directed to take all steps necessary to close this case.

IT IS SO ORDERED.

　　　　　　　　　　　　　　　　*/s/ Richard J. Arcara*
　　　　　　　　　　　　　　　　HONORABLE RICHARD J. ARCARA
　　　　　　　　　　　　　　　　CHIEF JUDGE
　　　　　　　　　　　　　　　　UNITED STATES DISTRICT COURT

DATED: June 26, 2006